83,826-01

LORENZO DWAYNE JONES
S-P-N #00406866
CELL: 3-B-1
DATE: 10-28-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 02 2015
Abel Acosta, Clerk

ATTN: CHANGE OF ADDRESS AT HARRIS COUNTY
JAIL, I HAVE BEEN MOVED FROM 2-F-1 1200
BAKER STREET TO 3-B-1 1200 BAKER STREET